## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: | ) |
| | ) CASE NO: 14 - 17526 - jps |
| JAMES ANTHONY PODBOY | ) Chapter 13 |
| PAMELA JO PODBOY | ) JUDGE JESSICA E. PRICE SMITH |
| | ) |
| Debtors | ) |

## MOTION TO MODIFY CHAPTER 13 PLAN SUBSEQUENT TO CONFIRMATION

Debtors hereby move this Honorable Court for its order approving their Modified Chapter 13 Plan attached hereto as Exhibit "A".

In support of this motion Debtors state that increases in income allow for the increase of payments to unsecured creditors from 0% to 100%. Amended schedules I & J will be filed to verify the increased income referenced herein.

Respectfully submitted,

*/s/ Mark H. Knevel*

---
**KNEVEL LAW CO. LPA**
Mark H. Knevel, 0029285
Attorney for Debtors
5250 Transportation Blvd Suiote 201
Garfield Heights, Ohio 44125
(216) 523 - 7800    FAX 523-7801
Email: mknevel@knevellaw.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION (CLEVELAND)

| | |
|---|---|
| In Re: ) | Chapter 13 Case No.: 14-17526 - jps |
| ) | |
| JAMES ANTHONY PODBOY ) | Judge    Jessica E. Price Smith |
| PAMELA JO PODBOY ) | |
| Debtor(s). ) | ____ Original Chapter 13 Plan |
| ) | XX   Modified Chapter 13 Plan, dated 5/4/17 |

*************************************************************************************

**NOTICE OF SPECIAL PROVISIONS (Check One)**
    X   This plan DOES NOT include any provision deviating from the uniform plan in effect at the time of the filing of this case.
    ____   This plan DOES contain special provisions that must be and are set forth in paragraph 11 below.

**NOTICE OF DISCHARGE ELIGIBILITY**
The Debtor is eligible for discharge unless otherwise indicated below:
    ____   Debtor is NOT eligible for discharge under 11 U.S.C §1328(f).
    ____   Joint Debtor is NOT eligible for discharge under 11 U.S.C §1328(f).

**ATTENTION CREDITORS AND PARTIES IN INTEREST**
This plan sets forth how the Debtor or Debtors ("Debtor") propose to pay claims. You should read this plan carefully and discuss it with your attorney. Anyone who wishes to oppose any provision of this plan must file a timely written objection with the court. This plan may be confirmed and become binding without further notice or hearing unless a timely written objection is filed. Creditors must file a proof of claim with the court in order to receive distributions under this plan.

---

**1. PAYMENTS**
A. The Debtor shall make monthly payments to the Chapter 13 Trustee ("Trustee") in the amount of $600.00 per month ("Plan Payment") for at least the duration of the applicable commitment period, unless all allowed claims are paid in full in a shorter period of time.

B. (Check One)

    X   The applicable commitment period is 36 months.
    ____   The applicable commitment period is 60 months.

C. Unless the court orders otherwise, the plan will not be considered complete until either (i) all allowed claims are paid in full, or (ii) the plan has run for at least the applicable commitment period and at least the amount specified in paragraph 7 has been paid to unsecured creditors.

D. Trustee may increase the Plan Payment during the term of the plan as necessary to reflect increases, if any, in any conduit payments paid by the Trustee.

1

## 2. DISTRIBUTIONS
A. After confirmation of this plan, funds available for distribution will be paid monthly by the Trustee in the following order: (i) Trustee's authorized percentage fee and/or administrative expenses; (ii) attorney fees as allowed under applicable rules and guidelines; (iii) conduit payments as provided for in paragraph 3(C); (iv) monthly payments as provided for in paragraph 5(C); (v) monthly payments as provided for in paragraphs 3(A), 3(B), 4(A), 4(B) and 9; (vi) monthly payments as provided for in paragraph 6; and (vii) general unsecured claims.

B. If the Trustee has received insufficient funds from the Debtor to make the conduit payment, the Trustee may accumulate funds until sufficient funds are available for distribution of a full monthly payment. The Trustee may distribute amounts different from the monthly payments specified in the plan if the Trustee determines such deviation is appropriate or reasonably necessary for the administration of the plan.

C. Unless a claim objection is sustained, a motion to value collateral or to avoid a lien is granted, or the court orders otherwise, distributions on account of claims in paragraphs 3(A), 3(C), 4(A), 5, 6, 7 and 9 will be based upon the classification and amount stated in each claim holder's proof of claim rather than any classification or amount stated in this plan. Conversely, distributions on account of claims in paragraphs 3(B), 4(B) and 4(C) will be based upon the classification and amount stated in the plan rather than the classification and amount stated in the claim holder's proof of claim. Unless otherwise set or mandated by statute, interest on all secured personal property claims provided for in this plan shall be paid pursuant to paragraph 4(D).

## 3. CLAIMS SECURED BY REAL PROPERTY
### A. Mortgage Arrearages and Real Estate Tax Arrearages (Paid per the Proof of Claim)
Trustee shall pay the monthly payment amount to allowed claims for mortgage arrearages and real estate tax arrearages. Note: If the Trustee will not be making the continuing mortgage payments, the Debtor is responsible for paying all post-petition mortgage payments that ordinarily come due beginning with the first payment due after the filing of the case.

| Creditor | Property Address | Estimated Arrearage Claim | Monthly Payment on Arrearage Claim (Paid by Trustee) |
|---|---|---|---|
| NONE | | | |

### B. Other Real Estate Claims (Paid per the Plan)
Trustee shall pay the monthly payment amount to creditors up to the amount and interest rate as specified below. The portion of any allowed claim that exceeds the amount to be paid through the plan shall be treated as an unsecured claim. Unless the court orders otherwise, upon confirmation, the amount, interest rate and monthly payment specified below will be binding under 11 U.S.C §1327.

| Creditor | Property Address | Amount to be Paid Through the Plan | Interest Rate | Monthly Payment (Paid by Trustee) |
|---|---|---|---|---|
| NONE | | | | |

### C. Conduit Payments
Trustee shall pay the regular monthly mortgage payments beginning with the first payment due after the filing of the case (or the first payment due after the filing of a modified plan if the modified plan proposes to change the treatment of a mortgage from "non-conduit" to "conduit"). Unless real estate taxes and insurance are included in the mortgage payments to be paid by the Trustee pursuant to the Plan, the Debtor shall remain responsible for paying

those obligations as they become due. Note: If the Trustee is making the continuing monthly mortgage payments, the mortgage creditor must also be listed in paragraph 3(A) above.

2

| Creditor | Property Address | Monthly Payment (Paid by Trustee) |

NONE

## 4. CLAIMS SECURED BY PERSONAL PROPERTY

### A. Secured Claims (Paid per the Proof of Claim)
Claims specified below are debts secured by a purchase money security interest in a vehicle acquired for the personal use of the Debtor for which the debt was incurred within 910 days of filing the bankruptcy petition, or, if the collateral for the debt is any other thing of value, the debt was incurred within one year of filing. Trustee shall pay the following claims, with interest per paragraph 4(D), in equal monthly payments as specified below.

| Creditor | Collateral Description | Monthly Payment (Paid by Trustee) |

NONE

### B. Other Secured Claims (Paid per the Plan)
Claims specified below are debts secured by personal property not provided for in paragraph 4(A) above. Trustee shall pay the allowed claims up to the secured amount, with interest per paragraph 4(D), in equal monthly payments as specified below. The portion of any allowed claim that exceeds the secured amount will be treated as an unsecured claim. Unless the court orders otherwise, upon confirmation, the secured amount and monthly payment specified below will be binding under 11 U.S.C. §1327.

| Creditor | Collateral Description | Secured Amount | Monthly Payment (Paid by Trustee) |

NONE

### C. Pre-confirmation Adequate Protection Payments (Paid per the Plan)
Trustee shall pay the monthly payment amount to creditors for pre-confirmation adequate protection as specified below.

| Creditor | Collateral Description | Monthly Payment (Paid by Trustee) |

NONE

### D. Interest
The interest rate to be paid on all secured personal property claims provided for in this plan shall be the prime rate plus a risk factor of 2.0%. The applicable prime rate shall be fixed for the life of this plan at the U.S. prime rate shown in the Wall Street Journal for Money Rates as of the date of the entry of the confirmation order. Only through separate order may a party-in-interest obtain court approval to apply a different interest rate. This provision shall not alter interest rates set or mandated by statute.

## 5. DOMESTIC SUPPORT OBLIGATIONS (Paid per the Proof of Claim)
A. Debtor   does   does not **X**   have domestic support obligations under 11 U.S.C. §101(14A).

B. Specify the holder(s) of any claims for domestic support obligations under 11 U.S.C. §1302(d) unless the holder is a minor. If the holder of a claim is a minor, the name and address of the minor holder shall be disclosed to the Trustee in a private document contemporaneously with the filing of this plan in compliance with 11 U.S.C. §112.

| Holder Name | Address |
|---|---|

NONE

C. Trustee shall pay the monthly payment amount to creditors for domestic support obligation arrearages as specified below. Debtor shall pay the holder(s) of non-arrearage claims for domestic support obligations as those payments ordinarily come due unless otherwise specified in paragraph 11 – Special Provisions.

| Creditor | Creditor Address | Monthly Payment on Arrearage Claim (Paid by Trustee) |
|---|---|---|

NONE

## 6. OTHER PRIORITY CLAIMS (Paid per the Proof of Claim)
Trustee shall pay the monthly payment amount to creditors for allowed unsecured priority claims as specified below.

| Creditor | Monthly Payment (Paid by Trustee) |
|---|---|
| Internal Revenue Service | $120.00 |
| State of Ohio - Dept of Taxation | $ 33.00 |
| City of Euclid - Dept of Taxation | $ 27.75 |

## 7. GENERAL UNSECURED CLAIMS
Debtor estimates the total of the non-priority unsecured debt to be $16,374.65. Trustee will pay to creditors with allowed non-priority unsecured claims a pro-rata share of $16,374.65 or 100%, whichever is greater. Trustee is authorized to increase the amount paid to unsecured creditors in order to comply with paragraph 1 of this plan.

## 8. PROPERTY TO BE SURRENDERED
A. Debtor surrenders the property described below and the creditor may file a claim for the deficiency, which will be treated as a non-priority unsecured claim. Any unsecured deficiency claim must be filed by the bar date for claims or allowed by separate order of the court.

| Creditor | Property Description |
|---|---|

NONE

## 9. EXECUTORY CONTRACTS AND UNEXPIRED LEASES (Pay per the Proof of Claim)
All executory contracts and unexpired leases are rejected except the following, which are assumed. Trustee shall pay the monthly payment amount to allowed claims for executory contract arrearages and unexpired lease arrearages as specified below. Debtor shall pay all post-petition payments that ordinarily come due.

| Creditor | Property Description | Estimated Arrearage Claim | Monthly Payment on Arrearage Claim (Paid by Trustee) |
|---|---|---|---|
| Alley Financial | 2013 Buick | $0 | $0 |

4

## 10. OTHER PLAN PROVISIONS

A. Property of the estate shall revest in the Debtor X upon confirmation.  upon discharge, dismissal or completion. If the Debtor has not made a designation, property of the estate shall revest in the Debtor upon confirmation. Unless otherwise ordered, the Debtor shall remain in possession of all property of the estate during the pendency of this case. All property in which the Debtor retains possession shall be insured by the Debtor. Trustee shall have no responsibility to insure assets and shall have no liability for damage or loss relating to property which is in the possession and control of the Debtor.

B. Notwithstanding the automatic stay, creditors and lessors provided for in paragraphs 3(A), 3(C), and 9 of this plan may continue to mail customary notices or coupons to the Debtor.

C. Trustee shall pay any post-petition claim filed and allowed under §1305(a)(1).

D. The following co-debtor claims will be paid by the co-debtor outside the plan:

| Creditor | Property Description |
|---|---|

NONE

## 11. SPECIAL PROVISIONS

This plan shall include the provisions set forth in the boxed area below. **Note: The provisions set forth below will not be effective unless there is a check in the second *notice box* preceding paragraph 1 of this plan.** Further, these provisions should not contain a restatement of the Bankruptcy Code, Federal Rules of Bankruptcy Procedures, Local Bankruptcy Rules or case law.

```
NONE
```

/s/ James Anthony Podboy
_____   DATE: 5/4/17
JAMES ANTHONY PODBOY

/s/ Pamela Jo Podboy
_____   DATE: 5/4/17
PAMELA JO PODBOY


/s/ Mark H. Knevel
_____   DATE: 5/4/17
Mark H. Knevel, Esq. (0029285)
Attorney for Debtor(s)
Knevel Law Co LPA
5250 Transportation Blvd Suite 201
Garfield Heights, OH 44125
(216) 523-7800
(216) 523-7801 Fax
Email: mknevel@knevellaw.com

## CERTIFICATION OF SERVICE

I certify a true and correct copy of the Motion to Modify Chapter 13 Plan Subsequent to Confirmation, was served via the Court's Electronic Case Filing System as indicated below, or by Ordinary US Mail, on this the 4th day of May, 2017:

**Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:**

### Office of the United States Trustee – Region 9
Cleveland Office of the United States Trustee, on behalf of Daniel M. McDermitt, United States Trustee for Region 9 at the registered United States Trustee ECF mail box @usdoj.gov, established with the bankruptcy court.

### Chapter 13 Trustee
Craig Shopneck at CH13shopneck@ch13clev.com

**By Ordinary US Mail**

### Debtors
James Anthony Podboy
Pamela Jo Podboy
901 East 250th Street
Euclid, OH 44132

### Creditors
All Scheduled Creditors
(See attached Clerk of Courts Mailing Matrix)

/s/ Mark H. Knevel
_____
**KNEVEL LAW CO. LPA**
Mark H. Knevel, (0029285)
Attorney for Debtors

```
Label Matrix for local noticing          Federal National Mortgage Association ("      Ohio Department of Taxation
0647-1                                    c/o Rosicki, Rosicki & Associates, P.C.       c/o William C. Huffman
Case 14-17526-jps                         51 East Bethpage Road                         24441 Detroit Road, Ste. 200
Northern District of Ohio                 Plainview, NY 11803-4224                      Westlake, OH 44145-1543
Cleveland
Thu May  4 20:27:22 EDT 2017

PRA Receiveables Mangement, LLC           Howard M. Metzenbaum U.S. Courthouse          Ally Financial
POB 12907                                 United States Bankruptcy Court                200 Renaissance Ctr
Norfolk, VA 23541-0907                    Howard M. Metzenbaum U.S. Courthouse          Detroit, MI 48243-1300
                                          201 Superior Avenue
                                          Cleveland, OH 44114-1235

Ally Financial                            Ars                                           Ars
PO Box 130424                             1643 Harrison Parkway, Suite 1                1643 Harrison Pkwy Ste 1
Roseville, MN 55113-0004                  Fort Lauderdale, FL 33323-2857                Fort LauderdaleSunrise, FL 33323-2857


City Of Euclid                            City of Euclid Tax Department                 Cleveland Clinic Foundation
585 E 222nd Street                        585 East 222 Street                           PO Box 89410
Euclid, OH 44123-2026                     Euclid, OH 44123-3321                         Cleveland, OH 44101-6410


Cleveland Clinic Physicians               Drs Hill And Chapnick                         Drs Hill And Chapnick
% Revenue Group                           30701 Lorain Road Suite A                     c/o Pearl Law Offices
4780 Hinckley Industrial Pkwy, #200       North Olmsted, OH 44070-6325                  9393 Olde Eight Road
Cleveland, OH 44109-6003                                                                Northfield, OH 44067-1953


Drs. Hill and Thomas Co.                  EMERGENCY PROF SVCS, INC.                     EMERGENCY PROF SVCS, INC.
PO Box 182504                             PO BOX 1109                                   PO Box 12907
Columbus, OH 43218-2504                   Minneapolis, MN 55440-1109                    Norfolk, VA 23541-0907


(p)EMERGENCY MEDICINE PHYSICIANS OF LAKE COUN   EMP Of Lake County LTD                  Eastside Primary Care LLC
PO BOX 18932                              c/o Escallate                                 36100 Euclid Avenue Ste 430
BELFAST ME 04915-4084                     5200 Stoneham Road Suite 200                  Willoughby, OH 44094-4429
                                          North Canton, OH 44720-1584


Euclid Hospital                           Federal National Mortgage Association         Financial
c/o Revenue Group                         PO Box 1047                                   200 Renaissance Ctr
Po Box 93983                              Hartford, CT 06143-1047                       Detroit, MI 48243-1300
Cleveland, OH 44101-5983


Great Lakes Pain Management               HSBC/Orchard Bank                             Hillcrest Hosp./Lake Health
Po Box 73650                              % Portfolio Recovery Associates               % Revenue Group
Cleveland, OH 44193-0002                  PO Box 12914                                  4780 Hinckley Ind. Pkwy, #200
                                          Norfolk, VA 23541-0914                        Cleveland, OH 44109-6003


Internal Revenue Service^                 Internal Revenue Service^^                    (p)INTERNAL REVENUE SERVICE
Department of the Treasury                U.S. Attorney, Att: Bankruptcy Sec.           CENTRALIZED INSOLVENCY OPERATIONS
PO Box 7346                               Carl B. Stokes US Court House                 PO BOX 7346
Philadelphia, PA 19101-7346               801 West Superior Avenue, Suite 400           PHILADELPHIA PA 19101-7346
                                          Cleveland, OH 44113-1852
```

```
Lake County EKG Assoc Inc              Lake Health                            Lake Hospital System Inc
30701 Lorain Road Suite A              Po Box 715019                          Po Box 715531
North Olmsted, OH 44070-6325           Columbus, OH 43271-0001                Columbus, OH 43271-0001


Midland Credit Management, Inc.        Ohio Department of Taxation            Quantum3 Group LLC as agent for
as agent for Asset Acceptance LLC      Bankruptcy Division                    CF Medical LLC
PO Box 2036                            P.O. Box 530                           PO Box 788
Warren, MI 48090-2036                  Columbus, OH 43216-0530                Kirkland, WA 98083-0788


Quantum3 Group LLC as agent for        Quest Diagnostics                      Revenue Group
CP Medical LLC                         Po Box 7302                            c/o Revenue Group
PO Box 788                             Hollister, MO 65673-7302               Po Box 93983
Kirkland, WA 98083-0788                                                       Cleveland, OH 44101-5983


Seterus                                Setrus, Inc.                           State of Ohio, Dept of Taxation
14523 SW Millikan Way, Suite 200       PO Box 2008                            Bankruptcy Division
Beaverton, OR 97005-2352               Grand Rapids, MI 49501-2008            PO Box 530
                                                                              Columbus, OH 43216-0530


State of Ohio, Dept. of Taxation       State of Ohio, Dept. of Taxation       State of Ohio, Dept. of Taxation^
& Atty General, Bankruptcy Staff       Individual Income Tax Unit             Attn.: Bankruptcy Division
Collection Enforcement Section         PO Box 182402                          PO Box 520
150 East Gay Street, 21st Floor        Columbus, OH 43218-2402                Columbus, OH 43216-0530
Columbus, OH 43215-3191


State of Ohio, Dept. of Taxation^^     The Cleveland Clinic Foundation        Univ Emerg Spec Richmond Hts
& Att'y General, Bankruptcy St         Po Box 932115                          c/o Gold Key Credit
Collection Enforcement Section         Cleveland, OH 44193-0008               Po Box 15670
150 East Gay Street, 21st Floor                                               Brooksville, FL 34604-0122
Columbus, OH 43215-3191


Univ Hospital Medical Group            Craig H. Shopneck                      James Anthony Podboy
c/o First Credit Inc                   Chapter 13 Trustee                     910 East 250th Street
Po Box 630838                          200 Public Square, Suite 3860          Euclid, OH 44132-2434
Cincinnati, OH 45263-0838              Cleveland, OH 44114-2322


Mark H Knevel                          Mark H. Knevel                         Pamela Jo Podboy
Knevel Law Co. L.P.A.                  Knevel Law Co LPA                      910 East 250th Street
Kennard Professional Bldg              Kennard Professional Bldg              Euclid, OH 44132-2434
5250 Transportation Blvd #201          5250 Transportation Blvd #201
Garfield Heights, OH 44125-5361        Garfield Heights, OH 44125-5361
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
EMP Of Lake County LTD                 Internal Revenue Service^^^
Po Box 638294                          Attorney General of the U.S.
Cincinnati, OH 45263                   U.S. DOJ, Civil Trial Section
                                       PO Box 55, Ben Franklin Station
                                       Washington, DC 20044
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Federal National Mortgage Association | (d)State of Ohio, Dept. of Taxation^^^<br>Individual Income Tax Unit<br>PO Box 182402<br>Columbus, OH 43218-2402 | End of Label Matrix<br>Mailable recipients   53<br>Bypassed recipients   2<br>Total   55 |