IT IS SO ORDERED.

Dated: 8 September, 2017 01:06 PM



JESSICA E. PRICE SMITH
UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: | ) |
| | ) CASE NO: 14 - 17526 - jps |
| JAMES ANTHONY PODBOY | ) Chapter 13 |
| PAMELA JO PODBOY | ) JUDGE JESSICA E. PRICE SMITH |
| Debtors | ) |

## ORDER GRANTING MOTION TO MODIFY CHAPTER 13 PLAN SUBSEQUENT TO CONFIRMATION

This matter came on for consideration on the Debtors' Motion to Modify Chapter 13 Plan Subsequent to Confirmation. All interested parties have been lawfully served with advance notice of these proceedings and no party has filed a response in opposition to the Court granting the relief requested in Debtors' motion.

Upon due consideration, the Court finds that said motion is well taken, and should be granted.

**IT IS THEREFFORE ORDERED** that Debtors' Motion to Modify Chapter 13 Plan Subsequent to Confirmation be and is hereby granted. A copy of the Modified Plan is attached hereto as Exhibit "A".

###

Submitted by:

*/s/ Mark H. Knevel*

_____
**KNEVEL LAW CO. LPA**
Mark H. Knevel, 0029285
Attorneys for Debtors
5250 Transportation Blvd. Suite 201
Garfield Heights, OH 44125
(216) 523- 7800  FAX  523-7801
mknevel@knevellaw.com


## SERVICE LIST

**Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:**

    **United States Trustee for Region 9**
        **Cleveland Office of the United States Trustee**, on behalf of Daniel M. McDermitt, United States Trustee for Region 9.

    **Chapter 13 Trustee**
        **Craig Shopneck** at Ch13shopneck@ch13cleve.com

    **Debtors Attorney**
        **Mark H. Knevel** at mknevel@knevellaw.com

**By Ordinary US Mail**

    **Debtors**
        **James Anthony Podboy**
        **Pamela Jo Podboy**
        901 East 250th Street
        Euclid, OH  44132

    **Creditors**
        **All Scheduled Creditors**
        (See attached Exhibit "B" Clerk of Courts Mailing Matrix)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0647-1<br>Case 14-17526-jps<br>Northern District of Ohio<br>Cleveland<br>Wed Jun 14 21:05:03 EDT 2017 | Federal National Mortgage Association ("<br>c/o Rosicki, Rosicki & Associates, P.C.<br>51 East Bethpage Road<br>Plainview, NY 11803-4224 | Ohio Department of Taxation<br>c/o William C. Huffman<br>24441 Detroit Road, Ste. 200<br>Westlake, OH 44145-1543 |
| PRA Receiveables Mangement, LLC<br>POB 12907<br>Norfolk, VA 23541-0907 | Howard M. Metzenbaum U.S. Courthouse<br>United States Bankruptcy Court<br>Howard M. Metzenbaum U.S. Courthouse<br>201 Superior Avenue<br>Cleveland, OH 44114-1235 | Ally Financial<br>200 Renaissance Ctr<br>Detroit, MI 48243-1300 |
| Ally Financial<br>PO Box 130424<br>Roseville, MN 55113-0004 | Ars<br>1643 Harrison Parkway, Suite 1<br>Fort Lauderdale, FL 33323-2857 | Ars<br>1643 Harrison Pkwy Ste 1<br>Fort LauderdaleSunrise, FL 33323-2857 |
| City Of Euclid<br>585 E 222nd Street<br>Euclid, OH 44123-2026 | City of Euclid Tax Department<br>585 East 222 Street<br>Euclid, OH 44123-3321 | Cleveland Clinic Foundation<br>PO Box 89410<br>Cleveland, OH 44101-6410 |
| Cleveland Clinic Physicians<br>% Revenue Group<br>4780 Hinckley Industrial Pkwy, #200<br>Cleveland, OH 44109-6003 | Drs Hill And Chapnick<br>30701 Lorain Road Suite A<br>North Olmsted, OH 44070-6325 | Drs Hill And Chapnick<br>c/o Pearl Law Offices<br>9393 Olde Eight Road<br>Northfield, OH 44067-1953 |
| Drs. Hill and Thomas Co.<br>PO Box 182504<br>Columbus, OH 43218-2504 | EMERGENCY PROF SVCS, INC.<br>PO BOX 1109<br>Minneapolis, MN 55440-1109 | EMERGENCY PROF SVCS, INC.<br>PO Box 12907<br>Norfolk, VA 23541-0907 |
| (p)EMERGENCY MEDICINE PHYSICIANS OF LAKE COUN<br>PO BOX 18932<br>BELFAST ME 04915-4084 | EMP Of Lake County LTD<br>c/o Escallate<br>5200 Stoneham Road Suite 200<br>North Canton, OH 44720-1584 | Eastside Primary Care LLC<br>36100 Euclid Avenue Ste 430<br>Willoughby, OH 44094-4429 |
| Euclid Hospital<br>c/o Revenue Group<br>Po Box 93983<br>Cleveland, OH 44101-5983 | Federal National Mortgage Association<br>PO Box 1047<br>Hartford, CT 06143-1047 | Financial<br>200 Renaissance Ctr<br>Detroit, MI 48243-1300 |
| Great Lakes Pain Management<br>Po Box 73650<br>Cleveland, OH 44193-0002 | HSBC/Orchard Bank<br>% Portfolio Recovery Associates<br>PO Box 12914<br>Norfolk, VA 23541-0914 | Hillcrest Hosp./Lake Health<br>% Revenue Group<br>4780 Hinckley Ind. Pkwy, #200<br>Cleveland, OH 44109-6003 |
| Internal Revenue Service^<br>Department of the Treasury<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service^^<br>U.S. Attorney, Att: Bankruptcy Sec.<br>Carl B. Stokes US Court House<br>801 West Superior Avenue, Suite 400<br>Cleveland, OH 44113-1852 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |

| | | |
|---|---|---|
| Lake County EKG Assoc Inc<br>30701 Lorain Road Suite A<br>North Olmsted, OH 44070-6325 | Lake Health<br>Po Box 715019<br>Columbus, OH 43271-0001 | Lake Hospital System Inc<br>Po Box 715531<br>Columbus, OH 43271-0001 |
| Midland Credit Management, Inc.<br>as agent for Asset Acceptance LLC<br>PO Box 2036<br>Warren, MI 48090-2036 | Ohio Department of Taxation<br>Bankruptcy Division<br>P.O. Box 530<br>Columbus, OH 43216-0530 | Quantum3 Group LLC as agent for<br>CF Medical LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| Quantum3 Group LLC as agent for<br>CP Medical LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Quest Diagnostics<br>Po Box 7302<br>Hollister, MO 65673-7302 | Revenue Group<br>c/o Revenue Group<br>Po Box 93983<br>Cleveland, OH 44101-5983 |
| Seterus<br>14523 SW Millikan Way, Suite 200<br>Beaverton, OR 97005-2352 | Setrus, Inc.<br>PO Box 2008<br>Grand Rapids, MI 49501-2008 | State of Ohio, Dept of Taxation<br>Bankruptcy Division<br>PO Box 530<br>Columbus, OH 43216-0530 |
| State of Ohio, Dept. of Taxation<br>& Atty General, Bankruptcy Staff<br>Collection Enforcement Section<br>150 East Gay Street, 21st Floor<br>Columbus, OH 43215-3191 | State of Ohio, Dept. of Taxation<br>Individual Income Tax Unit<br>PO Box 182402<br>Columbus, OH 43218-2402 | State of Ohio, Dept. of Taxation^<br>Attn.: Bankruptcy Division<br>PO Box 520<br>Columbus, OH 43216-0530 |
| State of Ohio, Dept. of Taxation^^<br>& Att'y General, Bankruptcy St<br>Collection Enforcement Section<br>150 East Gay Street, 21st Floor<br>Columbus, OH 43215-3191 | The Cleveland Clinic Foundation<br>Po Box 932115<br>Cleveland, OH 44193-0008 | Univ Emerg Spec Richmond Hts<br>c/o Gold Key Credit<br>Po Box 15670<br>Brooksville, FL 34604-0122 |
| Univ Hospital Medical Group<br>c/o First Credit Inc<br>Po Box 630838<br>Cincinnati, OH 45263-0838 | Craig H. Shopneck<br>Chapter 13 Trustee<br>200 Public Square, Suite 3860<br>Cleveland, OH 44114-2322 | James Anthony Podboy<br>910 East 250th Street<br>Euclid, OH 44132-2434 |
| Mark H Knevel<br>Knevel Law Co. L.P.A.<br>Kennard Professional Bldg<br>5250 Transportation Blvd #201<br>Garfield Heights, OH 44125-5361 | Mark H. Knevel<br>Knevel Law Co LPA<br>Kennard Professional Bldg<br>5250 Transportation Blvd #201<br>Garfield Heights, OH 44125-5361 | Pamela Jo Podboy<br>910 East 250th Street<br>Euclid, OH 44132-2434 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| EMP Of Lake County LTD<br>Po Box 638294<br>Cincinnati, OH 45263 | Internal Revenue Service^^^<br>Attorney General of the U.S.<br>U.S. DOJ, Civil Trial Section<br>PO Box 55, Ben Franklin Station<br>Washington, DC 20044 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Federal National Mortgage Association | (d)State of Ohio, Dept. of Taxation^^^<br>Individual Income Tax Unit<br>PO Box 182402<br>Columbus, OH 43218-2402 | End of Label Matrix<br>Mailable recipients 53<br>Bypassed recipients 2<br>Total 55 |