**IT IS SO ORDERED.**

Dated: 18 September, 2017 10:49 AM



JESSICA E. PRICE SMITH
UNITED STATES BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| James Anthony Podboy | : | Case No.: 14-17526 |
| Pamela Jo Podboy | : | Chapter 13 |
| | : | Judge Jessica E. Price Smith |
| Debtor(s). | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

**AGREED ORDER RESOLVING MOTION FOR RELIEF FROM STAY (DOCKET NUMBER 62) AS TO REAL PROPERTY LOCATED AT 910 EAST 250TH STREET, EUCLID, OH 44132**

This matter having come before the Court on the Motion for Relief from Stay which was filed in this court by Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America ("Creditor"), by and through its mortgage servicing agent Seterus, Inc., fka IBM Lender Business Process Services,

15-014204_JMR

Inc., as Docket Number 62; and it appearing to the Court that the parties have agreed to a course of action which will permit the continuation of the automatic stay conditioned upon certain provisions incorporated herein for the protection of Creditor; and the Court, being otherwise fully advised in the premises, hereby issues the following Order with respect thereto:

1. The Parties agree that the Chapter 13 Plan filed herein on behalf of James Anthony Podboy and Pamela Jo Podboy (collectively, "Debtor") provided that said Debtor was to make regular monthly mortgage payments to Creditor outside of the Plan in a regular monthly fashion.

2. The Parties agree that in breach of the terms of said Plan, the Debtor failed to make certain of the regular monthly mortgage payments to Creditor; said payments are currently in default for the months of January 2017 and subsequent months, incurring a total post-petition arrearage of $8,728.83 through August 2017, which consists of 1 post-petition payments at $942.48 each, 7 post-petition payments at $965.05 each, attorney fees in the amount of $850.00 and filing cost of $181.00. There is $263.25 in suspense, which reduces the total post-petition arrearage to $8,465.58.

3. In order to eliminate said post-petition delinquency, Creditor shall file a Supplemental Proof of Claim in the amount of $8,465.58 representing the total post-petition arrearage detailed above.

4. Debtor hereby agrees to Modify the Chapter 13 Plan within 30 days of this order to provide for the payment of the additional Claim through Debtors Chapter 13 Plan.

5. The Debtor hereby agrees to resume regular monthly mortgage payments outside the Plan directly to Creditor for the September 2017 regular monthly mortgage payment and to make all further monthly payments in a timely fashion.

6. This Provisional Order remains in full force and effect in the event Debtor's case is dismissed by the Court and Debtor subsequently reinstates his case by order of the Court and/or the Creditor obtains relief from stay and the stay is subsequently reinstated by order of the Court.

7. The following are events of default under this Provisional Order: (a) Debtor fails to modify the plan within 30 days from entry of this order; (b) Debtor fails to pay any future monthly mortgage payment so that the payment is not received by Creditor on the last day of the month in which it is due; (c) Debtor fails to make any Chapter 13 Plan payment to the Trustee's Office within 30 days of the last day of the month in which it is due (hereinafter, any of the events described above shall be referred to as a "Default").

8. Upon the existence of a default, Creditor's counsel shall send Debtor and counsel for Debtor a 10-day notice of Creditor's intent to file an affidavit and proposed order granting relief from stay.

9. If the default is not cured within that 10-day period, then upon the filing of an affidavit by Creditor attesting to the default by the Debtor, an Order shall be entered without further hearing, terminating the stay imposed by § 362(a) and of the Bankruptcy Code with respect to Creditor, its successors and assigns.

10. Debtor's opportunity to cure the default shall be limited to three occurrences. Upon the occurrence of the fourth default, then upon the filing of an affidavit by Creditor attesting to the default by the Debtor, an Order shall be entered without further hearing, terminating the stay imposed by Section 362(a) of the Bankruptcy Code with respect to Creditor, its successors and assigns.

###

**SUBMITTED BY:**

/s/Stephen R. Franks
Stephen R. Franks (0075345)
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Email: srfranks@manleydeas.com
Attorney for Creditor


/s/ Mark H. Knevel
Mark H. Knevel (0029285)
Kennard Professional Bldg
5250 Transportation Blvd #201
Garfield Heights, OH 44125
Telephone: 216-523-7800
Fax: 216-523-7801
Email: mknevel@knevellaw.com
Attorney for Debtor



Copies to:

| | |
|---|---|
| Cuyahoga County Treasurer<br>Party of Interest<br>1219 Ontario Street<br>Rm 135<br>Cleveland, OH 44113<br>(notified by regular US Mail) | Stephen R. Franks<br>Attorney for Creditor<br>Manley Deas Kochalski LLC<br>P.O. Box 165028<br>Columbus, OH 43216-5028<br>srfranks@manleydeas.com<br>(notified by ecf) |
| Mark H. Knevel<br>Attorney Debtor<br>Kennard Professional Bldg<br>5250 Transportation Blvd #201<br>Garfield Heights, OH 44125<br>mknevel@knevellaw.com<br>(notified by ecf) | James Anthony Podboy and Pamela Jo Podboy<br>Debtor<br>910 East 250th Street<br>Euclid, OH 44132<br>(notified by regular US Mail) |

Craig H. Shopneck
Chapter 13 Trustee
200 Public Square
Suite 3860
Cleveland, OH 44114-2321
ch13shopneck@ch13cleve.com
(notified by ecf)

Office of U.S. Trustee
Northern District of Ohio
Howard Metzenbaum U.S. Courthouse
Party of Interest
201 Superior Avenue
Cleveland, OH 44114
(Registered address)@usdoj.gov
(notified by ecf)

Office of U.S. Trustee
Northern District of Ohio
Howard Metzenbaum U.S. Courthouse
Party of Interest
201 Superior Avenue
Cleveland, OH 44114
(Registered address)@usdoj.gov
(notified by ecf)